UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 4:23-CR-41-M-1

UNITED STATES OF AMERICA,

VS.

**ORDER**

TALAMETRIUS KENYON
SPRUILL

IT IS HEREBY ORDERED that the following government exhibits admitted into evidence on May 20, 2024, be turned over to the case agent, Benjamin ~~Seekins~~ Oliver, to be retained in his custody until this case is completed, including any matters on appeal:

| **Exhibit No.** | **Description** |
|---|---|
| 2 | **Shirt from defendant** |
| 14 | **9-millimeter shell casings** |
| 18 | **Tennis Shoe** |
| 26 | **40 caliber shell casings** |

This 4th day of June, 2024.

Richard E. Myers II
Chief U.S. District Judge

Agent's signature: _/s/ Ben Oliver_