UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 4:23-CR-41-1M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| TALAMETRIUS KENYON SPRUILL | ) | |

In order that trial activities may continue without interruption, the court has directed the

deputy clerk to provide lunch for the jurors on June 4, 2024. The cost of these meals totals $155.00

plus tip in the amount of $15.00 for a total of $170.00. The clerk is DIRECTED to pay Jimmy John's

the sum of $170.00 using the Court's purchase credit card.

SO ORDERED this the ___4th___ day of June, 2024.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE