IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:23-cr-00041-M-BM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TALAMETRIUS KENYON SPRUILL,

    Defendant.

ORDER

This matter comes before the court on the United States' Motion to Redact Transcript. [DE 100]. The United States seeks a court order allowing for the redaction of the victim's name from the publicly filed transcripts at [DE 95, 97, and 99]. *Id.* at 1. It proposes the victim's name be replaced with his initials. *Id.*

For good cause shown, the motion is GRANTED. The Government is ORDERED to provide the court reporter with a list of instances where the victim's name appears at [DE 95, 97, and 99]. Upon receipt, the court reporter shall prepare redacted transcripts with the necessary modifications. The Clerk of Court is ORDERED to maintain the filings at [DE 95, 97, and 99] under seal until further order of the court.

SO ORDERED this 25th day of March, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE